IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| RONALD ANTOINE REED, PRO SE, § <br> TDCJ-CID No. 653274, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNNAMED PRISON OFFICIALS, § <br> § <br> Defendants. § | 2:08-CV-0242 |

### ORDER OF DISMISSAL

Plaintiff's Civil Rights Claims were severed from his Habeas action no. 2:08-CV-0202 by Order of the Court on December 24, 2008. Plaintiff's Civil Rights Complaint, as set forth on habeas form filed by plaintiff, was filed by the Clerk of even date therewith.

Plaintiff RONALD ANTOINE REED, acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Institutional Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants and requesting permission to proceed *in forma pauperis*.

On March 4, 2009, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the instant cause for failure to prosecute and for failure to comply with the court's order.

The period for objections has expired, and no further pleadings or correspondence have been received from plaintiff in this cause.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that

the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff RONALD ANTOINE REED is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FOR FAILURE TO COMPLY WITH THE COURT'S ORDER.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

IT IS SO ORDERED.

SIGNED AND ENTERED this 13th day of July, 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE